# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>Timothy Johnell Smith<br>[DOB 09-26-1986]<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     24-mj-2002-DPR<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12-31-2023 through 1-1-2024__ in the county of __Greene__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | See Attachment A. |

This criminal complaint is based on these facts:
See attached Affidavit of Bureau of Alcohol, Tobacco, Firearms and Explosives Task Force Officer David Schroeder (Attachment B).

☑ Continued on the attached sheet.

*Complainant's signature*

ATF TFO David Schroeder
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 01/03/2024

*Judge's signature*

City and state: Jefferson City, Missouri

Chief United States Magistrate Judge Willie J. Epps Jr.
*Printed name and title*