# ATTACHMENT A

**CHARGE:**

On or between December 31, 2023, and January 1, 2024, in Greene County, in the Western District of Missouri, the defendant, **TIMOTHY JOHNELL SMITH**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Bear Creek Arsenal, model BCA15, rifle, bearing serial number 71041, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**RANGE OF PUNISHMENT:**

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
NMT 15 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony

$100 Special Assessment